MATTEL, INC., a Delaware
corporation, Plaintiff—
Appellant,

v.

WALKING MOUNTAIN PRODUC-
TIONS, a California business entity;
Tom Forsythe, an individual dba
Walking Mountain Productions, De-
fendants—Appellees.

No. 00–56733.

D.C. No. CV–99–08543–RSWL.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 15, 2001.

Before LEAVY, THOMAS, and
RAWLINSON, Circuit Judges.

MEMORANDUM[2]

This appeal from the denial of a prelimi-
nary injunction comes to us for review
under Ninth Circuit Rule 3–3. We have
jurisdiction under 28 U.S.C. § 1292(a)(1),
and we affirm.

Our inquiry is limited to whether the
district court abused its discretion in deny-
ing the preliminary injunction or based its
decision on an erroneous legal standard or
on clearly erroneous findings of fact. *Does
1–5 v. Chandler*, 83 F.3d 1150, 1152 (9th
Cir.1996).

The record before us shows that the
district court did not rely on an erroneous
legal premise or abuse its discretion in
concluding that Mattel, Inc. failed to make
a showing of probable success on the mer-
its and the possibility of irreparable injury.
*See id.; see also Sports Form, Inc. v.
United Press Int'l, Inc.*, 686 F.2d 750, 753
(9th Cir.1982) (stating legal standards gov-
erning issuance of preliminary injunction).
Moreover, the court's factual findings are
not clearly erroneous. *See Chandler*, 83
F.3d at 1152.

Accordingly, we AFFIRM the district
court's denial of a preliminary injunction.

---

1. The panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.